182

JOANNE EASON, v. NEW JERSEY AUTOMOBILE
FULL INSURANCE UNDERWRITING ASSOC.
v. TOWNSHIP OF MONTCLAIR.

November 2, 1994.

## ON PETITION FOR CERTIFICATION

Certification is granted and summarily remanded to the Appellate Division for reconsideration in light of *Civalier v. Trancucci*, 138 *N.J.* 52, 648 *A.*2d 705 (1994).